FILED
JUN 14 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MARGARITA BEUTEL, | ) | |
| | ) | Civil No. 08-6402-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CITY OF PORTLAND, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiff's Unopposed Motion for Dismissal of Defendants City of Portland and Matthew Delenikos [31-1] is GRANTED. This case shall proceed as to Defendant PPB Officer Shaw only and any future filings will reflect this change in the case caption.

Dated this 14th day of June, 2010.

by _____
Anna J. Brown
United States District Judge